```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PACC CONTAINER LINE PTE LTD.,        :
                                     :
               Plaintiff,            :    09 Civ. 1267 (JSR)
                                     :
          -v-                        :         ORDER
                                     :
AFRO ASIA COMPANY FCZ, PACIFIC       :
INTERLINK SDN BHD, and 1/EAST STAR   :
TRADING COMPANY,                     :
                                     :
               Defendants.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

     On November 5, 2009, this Court issued an order denying plaintiff's application for a stay. The order erroneously indicated that plaintiff's counsel believes that the <u>Jaldhi</u> decision placed it in a "conflict situation." In fact, plaintiff's counsel alleged that counsel for defendant Pacific Interlink SDN BHT ("Pacific Interlink") is now conflicted. This order should be corrected to reflect that Pacific Interlink's counsel, rather than plaintiff's counsel, is alleged to be conflicted, but the order stands in all other respects.

     SO ORDERED.

                                                          _____
                                                          JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
       November 6, 2009